IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-00140-RLV-DSC

| | |
|---|---|
| KAY CLINE BALLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Joint Motion to Transfer Venue to the Eastern District of North Carolina Pursuant to 28 U.S.C. § 1404(a)" (document # 6) filed January 25, 2013. For the reasons set forth therein, the Motion will be granted, and this case is hereby TRANSFERRED to the Eastern District of North Carolina for further proceedings.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: January 25, 2013

David S. Cayer
United States Magistrate Judge